People of the State of Illinois ex rel. Robert Hanna-well, Plaintiff-Appellee, v. Neal Dimmick, Defend-ant-Appellant.

Gen. No. 11,596.

Second District, Second Division.

April 5, 1962.

Downey, Layng & Anderson and David L. Martenson, of Rockford, for appellant; Berry & Simmons, of Rockford, for appellee. Opinion by JUDGE CROW. Not to be published in full.